# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF JACK E. BUCHANAN, BAR NO. 11069

No. 80522

**FILED**

JUL 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF REFERRAL TO A DISCIPLINARY BOARD

This is a petition under SCR 111(4) concerning attorney Jack E. Buchanan, based on a conviction for selling a threatened species of wildlife in violation of the Endangered Species Act of 1973, 16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1), and 50 C.F.R. § 17.11(h), a Class B misdemeanor. Buchanan self-reported the conviction to the State Bar as required by SCR 111(2). Because the conviction is not for a "serious crime" as defined in SCR 111(6), temporary suspension and referral for disciplinary proceedings are not mandatory. SCR 111(7), (8). Having considered the petition and supporting documentation, we conclude that Buchanan's offense does not warrant the imposition of a temporary suspension at this time. SCR 111(9). We are concerned, however, that the conduct Buchanan admitted to in his guilty plea agreement could support a violation of RPC 8.4(b) (commission of a criminal act that reflects adversely on honesty, trustworthiness, or fitness as a lawyer).[1] Accordingly, we refer

---

[1]We express no opinion as to whether such violation can be established by clear and convincing evidence.

 
20-27290

this matter to the Southern Nevada Disciplinary Board for any action it may deem warranted. *See* SCR 111(9).

It is so ORDERED.[2]

_____, J.
Gibbons

_____, J.
Stiglich

SILVER, J., dissenting.

I dissent.

_____, J.
Silver

cc:    Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
William B. Terry, Chartered

---

[2]This constitutes our final disposition of this matter. Any further disciplinary matter involving Buchanan shall be docketed as a new matter.